**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SILK TITLE HOLDINGS LLC, SILK TITLE & ESCROW, LLC,<br>Plaintiffs,<br><br>v.<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br>Defendant.<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br>Counterclaim Plaintiff,<br><br>v.<br><br>SILK TITLE HOLDINGS LLC, *et al.*,<br>Counterclaim Defendants. | C.A. No. 1:23-cv-00529-MSM-AEM |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 9/29/2026.

Enter:
/s/ C. Potter
Deputy Clerk
Dated 9/29/2026